IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Union Pacific Railroad Company )    8:05CV296
                               )
                    vs.        )    ORDER
                               )
                               )
Nils Huxtable                  )
                               )

      The Clerk's Office has requested that Document Number 2 be stricken from the record for the following reason(s):

( X )    The document is blank.

      IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 2 from the record. The clerk is directed to re-file the correct document.

DATED this 24th day of June 2005.

                        BY THE COURT:

                        S/F.A. Gossett
                        United States Magistrate Judge