# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **NILS HUXTABLE,** ) <br> ) <br> **Defendant.** ) | **8:05CV296** <br><br> **PROTECTIVE ORDER** |

**IT IS ORDERED** that the terms of the parties' STIPULATION PROTECTING AGAINST DISCLOSURE OF TRADE SECRETS AND OTHER CONFIDENTIAL MATERIAL (Filing 26) are hereby adopted by the court and shall become effective immediately.

**DATED November 18, 2005.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett** <br>
                                          **United States Magistrate Judge**