IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | **CASE NO. 8:05CV296** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| vs. | ) ) | |
| **NILS HUXTABLE,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for an Extension of Time to respond to the Plaintiff's motion for summary judgment. Defendant Nils Huxtable seeks an extension of time to conduct additional discovery and to analyze the discovery materials recently obtained. Huxtable's response was due on January 18, 2006. The Plaintiff, Union Pacific Railroad Corporation, does not oppose a 30-day extension of time. (Filing No. 42.) Huxtable advises that he may seek an additional extension of time if a 30-day extension proves to be insufficient. The Court will address that issue when it arises, if at all.

IT IS ORDERED:

1) Defendant's Motion for an Extension of Time to respond to the Plaintiff's Motion for Summary Judgment (Filing No. 41) is granted;

2) Defendant shall file his brief and index of evidence in opposition to the Plaintiff's motion for summary judgment on or before February 17, 2006.

DATED this 20th day of January, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge