## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | CASE NO. 8:05CV296 |
| | ) | |
| **Plaintiff and** | ) | |
| **Counter Defendant,** | ) | |
| | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| **NILS HUXTABLE,** | ) | |
| | ) | |
| **Defendant and** | ) | |
| **Counter-Plaintiff.** | ) | |

This matter is before the Court on the parties' Stipulated Motion for an Extension of Time. Defendant Nils Huxtable seeks additional time to respond to the Union Pacific Railroad Company's Motion for Summary Judgment, and the UPRR has no objection. Accordingly,

**IT IS ORDERED**:

1) The Stipulated Motion for an Extension of Time (Filing No. 56) is granted; and

2) The Defendant shall respond to the Plaintiff's Motion for Summary Judgment on or before Friday, February 24, 2006.

Dated this 21st day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge