IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | **CASE NO. 8:05CV296** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **NILS HUXTABLE,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Motion for Extensions of Time (Filing No. 64). Defendant seeks an additional seven days to respond to the Plaintiff's motion for summary judgment, and the Plaintiff seeks additional time to submit its expert witnesses' reports. I find that the Stipulation is in order, and the requested relief shall be granted.

IT IS ORDERED:

1) The Joint Motion for Extensions of Time (Filing No. 64) is granted;

2) Defendant Nils Huxtable shall file his brief and index of evidence in opposition to the Plaintiff's motion for summary judgment on or before March 3, 2006; and

3) The deadlines related to the submission of expert witness reports are extended, as follows:

   a. Plaintiff Union Pacific Railroad Company shall submit its expert witness reports on or before May 30, 2006;

   b. Defendant Nils Huxtable shall submit his expert witness reports on or before June 30, 2006; and

   c. Both parties shall submit rebuttal expert witness reports on or before July 17, 2006.

DATED this 23rd day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge