# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　**Plaintiff,**　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　)<br>**NILS HUXTABLE,**　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　**Defendant.**　　　　　　　) | **8:05CV296**<br><br>**ORDER** |

**IT IS ORDERED:**

1.　The parties' Joint Stipulation (Filing 66) is approved.

2.　Defendant's Notice of Deposition for John C. Kenefick (Filing 55) and plaintiff's Motion for Protective Order (Filing 57) are deemed withdrawn.

**DATED February 27, 2006.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**