# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,**  )<br>)<br>**Plaintiff,**  )<br>)<br>vs.  )<br>)<br>**NILS HUXTABLE,**  )<br>)<br>**Defendant.**  ) | **8:05CV296**<br><br>**ORDER** |

This matter is before the court on the motion of Dennis L. Thomte, Shane M. Niebergall, Denise C. Mazour and Thomte, Mazour & Niebergall for leave to withdraw as counsel for plaintiff [77]. Substitute counsel have entered their appearances

**IT IS ORDERED:**

1. The motion to withdraw [77] is granted. Dennis L. Thomte, Shane M. Niebergall, Denise C. Mazour and Thomte, Mazour & Niebergall are given leave to withdraw as plaintiff's counsel.

2. The Clerk shall terminate the appearances of Dennis L. Thomte, Shane M. Niebergall, Denise C. Mazour as counsel for the plaintiff.

**DATED April 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**