IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY,           )<br>                                                                          )<br>                       Plaintiff,                      )<br>                                                                          )<br>            vs.                                                         )<br>                                                                          )<br>NILS HUXTABLE,                                         )<br>                                                                          )<br>                       Defendant.                   ) | 8:05CV296<br><br>SCHEDULING ORDER |

**IT IS ORDERED** that the plaintiff and Shane M. Niebergall, Esq., are given until and including **1:00 p.m. on Monday, July 24, 2006** to respond to defendant's "EMERGENCY MOTION TO COMPEL DEPOSITION OF SHANE M. NIEBERGALL ON JULY 26, 2006" (Filing 130).

Defense counsel shall, forthwith, notify Mr. Niebergall of the July 24, 2006 deadline.

**DATED July 20, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge