# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )  )  ) | |
| ) | **8:05CV296** |
| **Plaintiff,** ) ) | |
| ) | **ORDER** |
| **vs.** ) ) | |
| **NILS HUXTABLE,** )  ) | |
| **Defendant.** ) | |

Before the Court is a Stipulation of Defendant, Nils Huxtable, and Plaintiff, Union Pacific Railroad Company (Document No. 148) regarding extensions of the deadlines applicable to Defendant's response, and Plaintiff's reply, to *Plaintiff's Motion for Protective Order [Rule 30(b)(6) Notice of UPRR]*, filed with the Court on July 24, 2006 (Document No. 139).

Upon consideration of the Stipulation,

**IT IS ORDERED:**

1. Defendant's response to *Plaintiff's Motion for Protective Order [Rule 30(b)(6) Notice of UPRR]* shall be filed with the Court on or before **August 10, 2006**; and,

2. Plaintiff's reply to Defendant's response to *Plaintiff's Motion for Protective Order [Rule 30(b)(6) Notice of UPRR]*, if any, shall be filed with the Court on or before **August 24, 2006.**

**DATED August 4, 2006.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**