IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>NILS HUXTABLE, )<br>)<br>Defendant. ) | 8:05CV296<br><br>ORDER |

**IT IS ORDERED** that the MOTION FOR LEAVE OF COURT TO WITHDRAW AS PLAINTIFF'S COUNSEL [153] is granted.[1]  The Clerk shall terminate the appearance of Kenneth P. Kula as counsel for the plaintiff and shall direct all further notices to substitute counsel.

**DATED August 8, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

[1] The motion was also filed on behalf of attorney Adam P. Seitz; however Mr. Seitz did not enter an appearance in this case.