IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CV296** |
| vs. | ) | |
| | ) | **ORDER** |
| **NILS HUXTABLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    Before the Court is a Stipulation of Plaintiff, Union Pacific Railroad Company and Defendant, Nils Huxtable, (Document No. 161) regarding a 30 day extension of time for filing summary judgment motions.

    Upon consideration of the Stipulation,

    IT IS HEREBY ORDERED that the deadline for filing summary judgment motions is extended to October 30, 2006.

    **DATED September 11, 2006.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                             **United States Magistrate Judge**