IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**NILS HUXTABLE,** )<br>)<br>**Defendant.** ) | **8:05CV296**<br><br>**ORDER** |

This matter is before the court on the parties' Stipulation [164] that the deadline for filing motions for summary judgment be extended from October 30 to November 29, 2006. The parties were previously given a 30-day extension of this deadline to facilitate settlement discussions. The court will approve the stipulation in this instance; however, in light of the March 13, 2007 trial date, this must be a final extension of the summary judgment motion deadline.

**IT IS ORDERED:**

1. The parties' Stipulation for extension of time [164] is granted, and the parties are given until November 29, 2006 to file motions for summary judgment.

2. Absent extraordinary circumstances, this is a final extension of the summary judgment motion deadline.

**DATED October 25, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge