IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | CASE NO. 8:05CV296 |
| Plaintiff, | ) ) | |
| | ) | ORDER OF DISMISSAL |
| V. | ) ) | |
| NILS HUXTABLE, | ) ) | |
| Defendant. | ) ) ) | |

This matter is before the Court on a Stipulation of Plaintiff Union Pacific Railroad Company and Defendant Nils Huxtable regarding dismissal of the entire action with prejudice. (Filing No. 166). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved, with the sole exception that the Court shall not expressly retain jurisdiction over enforcement of confidential settlement agreement. For these reasons,

IT IS ORDERED:

1. The Stipulation of Dismissal (Filing No. 166) is approved;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney fees.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge